**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

NODAR CHACHANIDZE,

    Petitioner,

    v.

CRAIG LOWE, *et al.*,

    Respondents.

No. 4:26-CV-00964

(Chief Judge Brann)

## ORDER

### APRIL 17, 2026

Nodar Chachanidze, a detainee of the United States Department of Homeland Security, Immigration and Customs Enforcement, filed this 28 U.S.C. § 2241 petition seeking an order granting immediate release from custody or, alternatively, directing the Government to provide him with an individualized bond hearing.[1] Upon consideration of Chachanidze's § 2241 petition, **IT IS HEREBY ORDERED** that:

1. Chachanidze shall make immediate and proper service of his petition upon Respondents; and

2. Within three (3) days of service of the petition, Respondents shall show cause, if any exists, as to why the petition should not be granted.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[1] Doc. 1.