**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

NODAR CHACHANIDZE,

      Petitioner,

    v.

CRAIG LOWE, *et al.*,

      Respondents.

No. 4:26-CV-00964

(Chief Judge Brann)

**ORDER**

**MAY 7, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Chachanidze's 28 U.S.C. § 2241 petition (Doc. 1) is **GRANTED**;

2. The Government **SHALL** either shall release Chachanidze on his own recognizance pursuant to 8 U.S.C. § 1226(a), or provide Chachanidze with an individualized bond hearing at which he may present evidence on or before Thursday, May 21, 2026;

3. On or before Friday, May 29, 2026, Respondents **SHALL** file with the Court a status report that certifies compliance with this Order. The report must detail if and when the bond hearing occurred, if bond was granted or denied and, if denied, provide a detailed explanation of the reasons for such denial; and

4.      The Clerk of Court is directed to **CLOSE** this case.


BY THE COURT:


*s/Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge